IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DALE W. GILLEY, JR., # 182 280, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-503-WKW |
| | ) | [WO] |
| MARY B. WINDOM, ELIZABETH KELLUM, CHRIS McCOOL, WILLIAM COLE, RICHARD J. MINOR, and BETH SLATE POE, in their individual and official capacities, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On October 28, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 12.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 12) is ADOPTED.

(2) Plaintiff's action against Defendants is DISMISSED with prejudice, except that, to the extent any of the claims challenge the constitutionality of Plaintiffs' confinement under the judgment imposed upon him by the Circuit Court for Cullman County, those claims are DISMISSED without prejudice.

(3) This action is DISMISSED prior to service of process, *see* 28 U.S.C. § 1915A.

Final judgment will be entered separately.

DONE this 10th day of December, 2019.

                                                    /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE